JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Ph. (702) 258-1183 / Fax (702) 258-6983
jp@kemp-attorneys.com
*Attorneys for Plaintiff MICHAEL SALOMON*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL SALOMON | Case No. 2:23-cv-01471-GMN-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| INSPERITY SUPPORT SERVICES, L.P., a Delaware Limited Partnership; DOES I-X; ROE BUSINESS ENTITIES I-X | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff MICHAEL SALOMON and Defendant INSPERITY SUPPORT SERVICES, L.P., by and through their respective attorneys of record, having agreed to resolve this matter, hereby stipulate to dismiss the entire action and all claims set forth in Plaintiff's Complaint, with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. AZURE DR., SUITE 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

1

The parties further agree that they will each bear their own costs and attorneys' fees.

/s/ James P. Kemp                           /s/ Mark Jacobs, Esq.
James P. Kemp, Esq.                    Mark Ricciardi, Esq.
NV Bar No. 6375                        John M. Orr, Esq.
KEMP & KEMP ATTORNEYS AT LAW           FISHER & PHILLIPS, LLP
7435 West Azure Drive, Suite 110       300 S. Fourth Street, Ste. 1500
Las Vegas, NV 89130                    Las Vegas, NV 89101
(702) 258-1183/ 258-6983 fax           (702) 252-3131 / 252-7411 fax
Attorney for Plaintiff                 Attorney for Defendant
Yolanda Bonilla                        Insperity Support Services, L.P.

                                       Michael Saldana, Esq.
                                       Mark Jacobs, Esq.
                                       2050 Main St, Suite 1000
                                       Irvine, CA 92614
                                       Attorney for Defendant (*Pro Hac Vice*)

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____February 9, 2024_____

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. AZURE DR., SUITE 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983